Keith BOX, Appellant,

v.

Chuck DWYER, Correctional Superintendent; Phyllis Stanley, Medical Supervisor; Greg Rodriguez, Correctional Doctor; Michael Hakala, Correctional Doctor; Correctional Medical Services, Appellees.

No. 06–3759.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 13, 2008.

Filed: April 10, 2008.

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

Keith Box, Licking, MO, pro se.

Michael S. Meyers, Asst. Atty. Gen., St. Louis, MO (Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, MO, on the brief), for appellee Dwyer.

John J. Treu, Jefferson City, MO, for appellees Hakala, Rodriguez, Stanley and Correctional Medical Services.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Missouri inmate Keith Box appeals the district court's[1] adverse grants of summary judgment in his 42 U.S.C. § 1983 action. We have considered Box's arguments for reversal and have conducted de novo review of the record, *see Alberson v. Norris,* 458 F.3d 762, 765 (8th Cir.2006), and we find no basis for overturning the district court's well-reasoned opinions. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Box's pending motions.

---

1. The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.